UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PTC INC.,                      )
                               )
            Plaintiff,         )   CIVIL ACTION NO.
                               )   14-14056-DPW
v.                             )
                               )
CHARTER OAK FIRE INSURANCE     )
COMPANY,                       )
                               )
            Defendant.         )
```

**FINAL JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued August 21, 2015, denying the plaintiff's Motion for Judgment on the Pleadings and directing that judgment enter for the defendant on the basis of the pleadings, it is hereby ORDERED, ADJUDGED and DECREED:

Judgment for the Defendant against the Plaintiff, declaring that the intellectual property exclusion in defendant's general liability policy applies to the *Flextronics* litigation brought against plaintiff and consequently the defendant has no duty to provide a defense for plaintiff in that litigation.

BY THE COURT,

/s/Jarrett Lovett_____
Deputy Clerk

Dated: August 21, 2015